IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                              **Criminal No. 13-00024-KD**

MATTHEW BOYKIN WALKER,

    Defendant.

## POSITION OF PARTIES

COMES NOW the Defendant, MATTHEW BOYKIN WALKER, by and through his attorney of record, John L. White, and files these objections to the Pre-sentence Investigation Report and would show as follows:

1. That Walker paid Ambrose One Hundred Dollars ($100.00) to clean the weapons, but not to file the serial numbers off as stated in the Offense Conduct;

2. Walker did not alter any firearms as stated in the Offense Conduct;

3. Walker did not burglarize the home of his Uncle as stated in the Offense Conduct;

4. Walker did not know what was in the safe nor did he originally intend to steal these weapons as stated in the Offense Conduct.

This attorney in good faith has consulted with the U.S. Attorney's Office and the United States Probation Office in reference to this matter.

                                            **S/JOHN L. WHITE**
                                            John L. White (WHI056)
                                            166 Government Street, Suite 200
                                            Mobile, AL 36602
                                            (251) 433-3177

CERTIFICATE OF SERVICE

This is to certify that on the 28th day of June, 2013, a copy of the foregoing Notice has been served upon, John G. Cherry, Assistant United States Attorney and Brandie Broome, U.S. Probation Officer, via CM/ECF electronic filing.

/**S/JOHN L. WHITE** _____
John L. White